# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIGIOUS INSTITUTIONS INSURANCE ALLIANCE,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIS INSURANCE SERVICES OF SAN DIEGO,<br><br>　　　　　　　　　　　　Defendant. | Civil No.　06-0001-H(POR)<br><br>**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |

On September 14, 2006, the Court held a Settlement Conference. Brian Fries appeared on behalf of Plaintiff, and Terence O'Toole appeared on behalf of Defendant. Counsel requested that the parties be permitted to pursue mediation in Missouri where all parties and counsel are located. Based on the policy and purpose of Local Rule 16.1(c)(2)(a), the Court finds good cause to stay the civil matter for a period of forty-five (45) days. A Case Management Conference shall be held on **November 7, 2006** at **1:30 p.m.** The conference shall be telephonic, with attorneys only. Counsel for Plaintiff shall initiate and coordinate the call.

**IT IS SO ORDERED.**

DATED: September 15, 2006

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　LOUISA S PORTER
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc:　　District Judge
　　　　all parties

- 1 -

- 2 -