# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIGIOUS INSTITUTIONS INSURANCE ALLIANCE,<br><br>                               Plaintiff,<br>        v.<br>WILLIS INSURANCE SERVICES OF SAN DIEGO,<br><br>                             Defendant. | Civil No.   06-0001-H(POR)<br><br>**ORDER REGARDING DISCOVERY DISPUTE**<br><br>**[Doc. No. 29]** |

On September 27, 2006, counsel for Defendant filed the Declaration of James D. Lawrence which indicated that a discovery dispute arose between the parties. Counsel for Defendant represented that the parties met and conferred but were unable to resolve the dispute. Based on the fact that in the Court's order dated September 15, 2006 the Court stayed the civil matter for a period of forty-five (45) days, the parties may stipulate to one of the following courses of action:

1. The parties request the Court to lift the stay and schedule a Discovery Conference.
2. The parties pursue mediation and request the Court to schedule a Discovery Conference on a date when the stay is no longer in effect.
3. The parties move forward with mediation and request the Court to schedule a Case Management Conference on a date when the stay is no longer in effect to address the need for a Discovery Conference.

The parties shall file a stipulation within ten (10) days of the date this order indicating which of the above courses of action the parties wish to pursue. Absent a stipulation of all the parties within ten

1 | (10) days of the date of this order, the Court will assume that the parties wish to go forward with
2 | litigation and therefore lift the stay and schedule a Discovery Conference.
3 | **IT IS SO ORDERED.**
4 |
5 | DATED: October 4, 2006
6 |
7 | _____
8 | LOUISA S PORTER
United States Magistrate Judge
9 | cc:   District Judge
       all parties