UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIGIOUS INSTITUTIONS INSURANCE ALLIANCE,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIS INSURANCE SERVICES OF SAN DIEGO,<br><br>　　　　　　　　　　　　Defendant. | Civil No.   06-0001-H(POR)<br><br>**ORDER CONFIRMING CASE MANAGEMENT CONFERENCE**<br><br>**[Doc. No. 31]** |

On October 20, 2006, the parties submitted a Stipulation Regarding Discovery Dispute. The parties stipulate to the third option presented in the Court's Order Regarding Discovery Dispute filed on October 10, 2006. The parties stipulate they will move forward with mediation and request the Court to schedule a Case Management Conference on a date when the stay is no longer in effect to address the need for a Discovery Conference. Based thereon, the Court hereby confirms the Case Management Conference currently scheduled for **November 7, 2006** at **1:30 p.m.** The Court will address the need for a Discovery Conference at that time.

**IT IS SO ORDERED.**

DATED: October 24, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　LOUISA S PORTER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc:　　District Judge
　　　　all parties

- 1 -